IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAKUR D. GANNAWAY, | CIVIL ACTION |
| Plaintiff, | NO. 09-4501 |
| v. | |
| BERKS COUNTY PRISON, et al., | |
| Defendants. | |

FILED MAR 31 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## O R D E R

**AND NOW**, this **29th** day of **March, 2011**, it is hereby **ORDERED** that Defendants' motion for summary judgment (doc. no. 23) is **GRANTED**. It is hereby further **ORDERED** that this case shall be marked **CLOSED**.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.